IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-01542-PAB

DEMETRIO A. VALERGA,

      Petitioner,

v.

ERIC HOLDER, JR.,

      Respondent.

---

## ORDER

---

      This matter is before the Court on respondent Eric Holder, Jr.'s Motion to Dismiss on the Basis that the Matter is Moot [Docket No. 16].  On June 2, 2014, petitioner filed an application for a writ of habeas corpus seeking release from immigration detention.  Docket No. 1 at 8.  In his motion, respondent states that petitioner was placed under supervision and released from immigration detention on July 11, 2014, and that petitioner has therefore received the precise relief he sought in his application.  Docket No. 16 at 3.  On March 13, 2015, the Court ordered petitioner to show cause on or before March 27, 2015 why this case should not be dismissed as moot.  Having received no response from petitioner, it is

      **ORDERED** that Respondent Eric Holder, Jr.'s Motion to Dismiss on the Basis that the Matter is Moot [Docket No. 16] is **GRANTED**.  It is further

      **ORDERED** that this case is dismissed as moot.  It is further

      **ORDERED** that this case is closed.

DATED March 30, 2015.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge